IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01140-RPM

KELLY NUANES,

    Plaintiff,
v.

NATIONS RECOVERY CENTER, INC.,

    Defendant.

_____

### AMENDED JUDGMENT
_____

Pursuant to the Order Awarding Attorney's Fees entered by Senior Judge Richard P. Matsch on March 12, 2013, it is

ORDERED AND ADJUDGED that judgment is entered for the Plaintiff Kelly Nuanes and against the Defendant Nations Recovery Center, Inc., in the amount of $1,001.00, together with attorney's fees of $3,875.00, for a total of $4,876.00 plus costs and post-judgment interest at the rate of 0.15% from the date of entry of Judgment.

DATED:  March 12th, 2013

                              FOR THE COURT:

                                    s/M. V. Wentz
                         By_____
                                      Deputy